**Order entered December 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01284-CV

## IN RE WAYNE WARSHAWSKY, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-53388-2010**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of today's date, we **LIFT** the stay previously imposed in this case. We **STRIKE** relator's petition for writ of mandamus. Finally, we **DISMISS** this original proceeding as moot.

/s/    DAVID J. SCHENCK
JUSTICE